## RESOLUTIONS OF THE BOARD OF DIRECTORS OF TOUCH OF HEAVEN MINISTRIES, INC. CHURCH OF AKRON, OHIO AN OHIO NON-PROFIT CORPORATION

### December 12, 2019

WHEREAS, the undersigned being all of the members of the Board of Directors (the "Board") of the Touch of Heaven Ministries, Inc., Church of Akron, Ohio, (the "Company") do hereby approve and adopt the following resolutions by unanimous written consent:

RESOLVED, that the Touch of Heaven Ministries, Inc., Church of Akron, Ohio be, and it hereby authorized and directed to (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11 (the "Bankruptcy Code"" of the United States Code and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is further:

RESOLVED, that Godess Clemons (as "Authorized Director"), a member of the board, and hereby authorized, empowered to execute and deliver or cause to be filed, on behalf of the the Touch of Heaven Ministries, Inc., Church of Akron, Ohio, (i) the voluntary petition of the Director, pursuant to Chapter 11 of the Bankruptcy Code and (ii) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Authorized Director may approve; and it is further:

RESOLVED, that the Touch of Heaven Ministries, Inc., Church of Akron, Ohio, and is hereby is, authorized and empowered to designate an individual familiar with the business affairs of the Touch of Heaven Ministries, Inc., Church of Akron, Ohio, to appear and testify on behalf of the Touch of Heaven Ministries, Inc., Church of Akron, Ohio, in any hearings or proceedings arising in or related to any case commenced by it or against it under the Bankruptcy Code, including, without limitation, the meeting of creditors held pursuant to section 341 of the Bankruptcy Code; and it is further:

RESOLVED, that all of the acts and transactions of the Board, which have been taken, caused to have been taken or made prior to the effective date of these resolutions in connection with the matters set forth in these resolutions, are hereby ratified, confirmed, and approved; and it is further:

RESOLVED, that this action may be executed in one or more counterparts and each of such counterparts shall for all purposes be deemed to be an original, but all such counterparts shall together constitute one and the same instrument. Any signature contained heron which is a facsimile signature may be relied upon as, and shall be deemed to be, and original,

IN WITNESS WHEREOF, the undersigned, being all the Directors of the Touch of Heaven Ministries, Inc., Church of Akron, Ohio, have hereunto set their hands as the 12 th day of December, 2019.

_____
Godess Clemons, Chairman, Director

_____
Antwyone Samples, Co-Chairman, Director

_____
Randi Bibbs, Director

_____
Shannon Robinson, Director

_____
Stacey Kelker, Director

_____
Terrance Robinson, Director

_____
Tyler Ray, Director

_____
James Whited, Director