# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 19-53062 (AMK) |
| **Touch of Heaven Ministries, Inc.** ) | |
| ) | Chapter 11 |
| ) | |
| Debtor (s) ) | Judge: Alan M. Koschik |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Andrew R. Vara, United States Trustee for Region 9, in this case.

        Respectfully Submitted,

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE,**
        **REGION 9**

By:    */s/ Kate M. Bradley*
        Kate M. Bradly (0074206)
        Trial Attorney
        U. S. Department of Justice
        Office of the U. S. Trustee
        201 Superior Avenue E, #441
        Cleveland, Ohio 44114
        (216) 522-7800, ext. 255
        (216) 522-7183 (facsimile)
        kate.m.bradley@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, a true and correct copy of the foregoing Notice of Appearance was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Charles Tyler, Sr., Esq., attorney for debtor, charles.tyler@tylerlawoffice.com

United States Trustee (Registered address) @usdoj.gov

>   */s/ Kate M. Bradley*
>   Kate M. Bradley (0074206)
>   Trial Attorney
>   U.S. Department of Justice
>   Office of the U.S. Trustee
>   201 Superior Avenue, E. #441
>   Cleveland, Ohio 44114
>   (216) 522-7800, ext. 255
>   (216) 522-7193 (facsimile)
>   kate.m.bradley@usdoj.gov