UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: )
) Chapter 11
TOUCH OF HEAVEN MINISTRIES, INC., )
CHURCH OF AKRON, OHIO ) Case No.: 19-53062
)
Debtors. ) Judge Koschik
)
)

### *AMENDED EX PARTE* MOTION OF DEBTORS FOR AN ORDER SCHEDULING EXPEDITED HEARING TO CONSIDER CERTAIN FIRST DAY MOTIONS AND APPROVING NOTICE THEREOF

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move the Court for entry of an order: (i) scheduling an expedited hearing (the "First Day Hearing") to consider certain "first day" motions (collectively, the "First Day Motions") filed contemporaneously with the commencement of this chapter 11 bankruptcy case; and (ii) approving the form and manner of notice of the First Day Hearing and the First Day Motions.

In support of this Motion, the Debtors respectfully represent as follows:

### Background

1. On the date hereof (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is continuing in possession of their property and are operating and managing their business, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors and the last four digits of each of the Debtors' tax identification numbers following in parentheses are: Touch of heaven Ministries, Inc., Church of Akron ( 7505   )

The venue of Debtors' chapter 11 cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of the chapter 11 cases, is set forth in detail in the Declaration of Godess Clemons in Support of Chapter 11 Petitions and First Day Motions (the "Director, Godess Clemons"), filed contemporaneously with this Motion and fully incorporated herein by reference.[2]

### Relief Requested

4. The First Day Motions involve matters that require an expedited hearing, and the Debtors respectfully request that the Court, on an *ex parte* basis, schedule the First Day Hearing as soon as the Court's schedule will permit and that the Court approve the form of notice thereof.

5. The First Day Motions are:

    a. Motion of Debtors for an Order (i) Authorizing the Debtors to (a) Pay Certain Prepetition Employee Obligations and Related Claims and (b) Continue to Provide Employee Benefits in the Ordinary Course of Business and (ii) Granting Related Relief;

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Touch of Heaven Ministries, Inc., Church of Akron, Ohio Declaration.

  b.  Motion of Debtors for Interim and Final Orders (i) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services; (ii) Determining That Utilities Are Adequately Assured of Payment; and (iii) Establishing Procedures for Determining Requests for Additional Assurance; and

6. A form of "Notice of Expedited Hearing on First Day Motions" (the "Notice") is attached hereto as <u>Exhibit A</u>. Immediately upon entry of an order approving this Motion, the Debtors will serve the Notice via ECF, e-mail, or facsimile transmission on: (i) the United States Trustee for the Northern District of Ohio; (ii) those creditors listed on each Debtor's List of Creditors Holding 20 Largest Unsecured Claims; (iii) the Debtors' prepetition secured lender or its counsel; (iv) the Ohio Attorney General; (v) the District Director of Internal Revenue; and (vi) each party whose rights are affected by any such First Day Motion, as such parties are listed in the "Notice" paragraph of the applicable First Day Motion (collectively, the "Notice Parties"). The Notice will inform the Notice Parties of the date and time of the First Day Hearing, provide them with a list of the First Day Motions, and tell them how they may obtain copies of the First Day Motions.

7. The Debtors also intend to deliver a complete set of the First Day Motions, along with the Notice by ECF, e-mail, facsimile or hand delivery to the United States Trustee for the Northern District of Ohio, the Debtors' prepetition secured lender, and the District Director of Internal Revenue.

8. Rule 9006(c) of the Federal Rules of Bankruptcy Procedure allows this Court to consider both this Motion and the First Day Motions either on such notice as the Court deems appropriate or on an *ex parte* basis.

9. The relief requested in this Motion is necessary to obtain expedited relief on the First Day Motions. As described in detail in each of the First Day Motions, the expedited relief requested in the First Day Motions is essential to: (i) obtain use of cash collateral; (ii) ensure a smooth transition into chapter 11; (iii) maintain the Debtors' operations and business throughout the chapter 11 cases; and (iv) efficiently administer the bankruptcy estates. This Motion and the First Day Motions are of the type typically heard on an emergency or expedited basis, and any delay in authorizing the relief therein could have a severe and irreparable effect on the Debtors' operations and its transition into operating as chapter 11 debtors in possession.

10. A summary of the evidence and arguments that will be presented at the expedited First Day Hearing is outlined in each First Day Motion and the Touch of Heaven Ministries, Inc., Church of Akron, Ohio Declaration.

## Notice

11. No trustee, examiner or official committee has been appointed in these chapter 11 cases. Notice of this Motion has been served on the following parties or, in lieu thereof, to their counsel, if known: (i) the United States Trustee for the Northern District of Ohio; (ii) those creditors listed on each of the Debtor's List of Creditors Holding 20 Largest Unsecured Claims; (iii) the Debtors' prepetition secured lender; and (iv) the District Director of Internal Revenue. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice need be given.

## No Prior Request

12. No prior request for the relief sought herein has been made to this Court or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order, on an expedited and *ex parte* basis, substantially in the form attached hereto as <u>Exhibit B</u>: (i) scheduling an expedited hearing on First Day Motions; (ii) approving the Notice; (iii) approving the proposed manner of notice of the First Day Hearing and of the First Day Motions; and (iv) granting such other and further relief as is just and proper.

December 31, 2019  Respectfully submitted,

/s/ Charles Tyler, Sr
Charles Tyler, Sr., Esq (0074100)
Law Office of Charles Tyler, Sr.,
137 S Main Street, Suite 206
Akron, OH 44308
Telephone: (330) 665.0910
Facsimile: (330) 665.0718
E-mail: Charles.Tyler@TylerLawOffice.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TOUCH OF HEAVEN MINISTRIES INC., CHURCH OF AKRON, OHIO | ) |
| | ) Case No.: 19-53062 |
| | ) |
| | ) Judge Alan M. Koschik |
| Debtors. | ) |
| | ) |

## ORDER SCHEDULING EXPEDITED HEARING TO CONSIDER FIRST DAY MOTIONS AND APPROVING FORM AND MANNER OF NOTICE

This matter coming before the Court on the Motion of Debtor for an Order Scheduling Expedited Hearing to Consider Certain First Day Motions and Approving Notice Thereof, Docket No. 11 (the "Amended Motion"), filed by the above-captioned debtors and debtors in possession

---

[1] The Debtors and the last four digits of the Debtors' tax identification numbers following in parentheses are: Touch of Heaven Ministries, Inc., Church of Akron Ohio ( 7505 ).

(collectively, the "Debtors"). The Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 157; (b) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of the Debtors' chapter 11 cases and the Motion is proper under 28 U.S.C. §§ 1408 and 1409; (d) service and notice of the Motion was sufficient under the circumstances; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that due and sufficient notice of the Motion having been given; and after due deliberation and cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. Capitalized terms used but not defined herein shall have the same meanings given to them in the Motion.

3. The Debtors shall serve the Notice, in the form and manner described in the Motion, upon the Notice Parties immediately upon entry of this Order.

4. The Debtors shall serve each First Day Motion, in the manner described in the Motion, immediately upon entry of this Order.

5. The expedited First Day Hearing on the First Day Motions is hereby set for **January 7, 2020, at 2 :00 p .m. (prevailing Eastern Time)**, at the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, at Akron, the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Prepared by:

/s/ Charles Tyler, Sr.,
Charles Tyler, Sr., Esq., (0074100)
Law of Charles Tyler, Sr.,
137 S Main Street, Suite 206
Akron, OH 44308
Telephone: (330) 665.0910
Facsimile: (330) 665.0718
E-mail: Charles.Tyler@TylerLawOffice.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTORS IN POSSESSION