## Exhibit "A"

Real Property commonly known as 1104 Johnston St. Akron, Ohio 44305 and further described as follows:

PARCEL 1:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO; AND KNOWN AS BEING PART OF LOT NUMBER 1 IN STRIP OR TRACT ONE OF SPRINGFIELD TOWNSHIP, BOUNDED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF LANDS DEEDED BY JOHN BENHAM AND MELISSA BENHAM TO JAMES BURCH, BY DEED RECORDED IN VOLUME 13, PAGE 366 SUMMIT COUNTY RECORDS; THENCE WEST ON THE TOWNSHIP ROAD (NOW JOHNSTON STREET) 62 FEET THENCE SOUTH 1 1/2 DEGREES EAST 2.50 CHAINS; THENCE EAST 62 FEET; THENCE NORTH 1 1/2 DEGREES WEST 2.50 CHAINS TO THE PLACE OF BEGINNING, BEING THE SAME PREMISES CONVEYED BY NORTON C. ESTEY TO JOSEPHINE ROBINSON, BY DEED DATED DECEMBER 11, 1879, AND RECORDED IN SUMMIT COUNTY RECORDS, VOLUME 117, PAGE 445.

PPN: 68-26822 060093004014000 & 68-55645 060093004015001

PARCEL 2:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

BEING LOT NUMBER 4 IN AN ALLOTMENT MADE FOR CHARLES E. AKERS AND A. D. ALEXANDER, AS SURVEYED AND NUMBERED AND RECORDED IN PLAT BOOK 12, PAGE 21, SUMMIT COUNTY OHIO RECORDS.

PPN: 68-26821 060093004020000

PARCEL 3:
TRACT A:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING PART OF LOT NUMBER 1, TRACT NUMBER 1 OF THE ORIGINAL TOWNSHIP OF SPRINGFIELD, AND BOUNDED AND DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE CENTER LINE OF JOHNSTON STREET AND IN THE NORTH LINE OF SPRINGFIELD TOWNSHIP 165 FEET EASTERLY FROM THE WESTERLY LINE OF SPRINGFIELD TOWNSHIP; THENCE SOUTHERLY PARALLEL TO THE WESTERLY LINE OF SPRINGFIELD TOWNSHIP 165 FEET TO A POINT; (AN OLD IRON STANDS ON THE STREET LINE 30 FEET SOUTHERLY FROM THE CENTER LINE OF JOHNSTON STREET); THENCE EASTERLY PARALLEL TO THE CENTER LINE OF JOHNSTON STREET 44.46 FEET; THENCE NORTHERLY PARALLEL TO THE WESTERLY LINE OF SPRINGFIELD TOWNSHIP 165 FEET TO THE STREET CENTER; THENCE WESTERLY ON THE STREET LINE OF JOHNSTON STREET, 44.46 FEET TO THE PLACE OF BEGINNING, BE THE SAME MORE OR LESS.

TRACT B:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING PART OF LOT NUMBER 1, TRACT NUMBER 1 OF THE ORIGINAL TOWNSHIP OF SPRINGFIELD, AND BOUNDED AND DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE CENTER LINE OF JOHNSTON STREET AND IN THE NORTH LINE OF SPRINGFIELD TOWNSHIP 209.45 FEET EASTERLY FROM THE WESTERLY LINE OF SPRINGFIELD

TOWNSHIP TO THE TRUE BEGINNING POINT; THENCE SOUTHERLY PARALLEL TO THE WESTERLY LINE OF SPRINGFIELD TOWNSHIP 165 FEET TO A POINT, (AN OLD IRON STANDS ON THE STREET LINE 30 FEET SOUTHERLY FROM THE CENTER LINE OF JOHNSTON STREET); THENCE EASTERLY PARALLEL TO THE CENTER LINE OF JOHNSTON STREET 2.54 FEET TO A POINT; THENCE NORTHERLY PARALLEL TO THE WESTERLY LINE OF SPRINGFIELD TOWNSHIP 165 FEET TO THE STREET CENTER; THENCE WESTERLY ON THE STREET LINE OF JOHNSTON STREET 2.54 FEET TO THE PLACE OF BEGINNING, BE THE SAME MORE OR LESS.

PPN: 68-26822 060093004014000 & 68-55645 060093004015001

PARCEL 4:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING A PART OF TRACT NUMBER 1 IN THE ORIGINAL TOWNSHIP OF SPRINGFIELD, NOW IN THE CITY OF AKRON, MORE FULLY BOUNDED AND DESCRIBED AS FOLLOWS, TO-WIT:

BEGINNING AT A POINT WHICH IS THE INTERSECTION OF THE SOUTHERLY LINE OF JOHNSTON STREET WITH THE EASTERLY LINE OF SOUTH ARLINGTON STREET; THENCE ALONG THE SOUTHERLY LINE OF JOHNSTON STREET NORTH 88 1/2 DEGREES EAST A DISTANCE OF 69 FEET TO A POINT; THENCE SOUTHERLY 1 1/2 DEGREES EAST ALONG A LINE PARALLEL WITH THE EASTERLY LINE OF SOUTH ARLINGTON STREET A DISTANCE OF 85 FEET TO A POINT; THENCE SOUTH 88 1/2 DEGREES WEST ALONG A LINE PARALLEL WITH THE SOUTHERLY LINE OF JOHNSTON STREET A DISTANCE OF 69 FEET TO THE EAST LINE OF SOUTH ARLINGTON STREET; THENCE NORTH 1 1/2 DEGREES WEST ALONG THE EASTERLY LINE OF SOUTH ARLINGTON STREET A DISTANCE OF 85 FEET TO THE PLACE OF BEGINNING, BE THE SAME MORE OR LESS.

PPN: 68-26822 060093004014000 & 68-55645 060093004015001

PARCEL 5:
TRACT A:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING LOT #3, IN AN ALLOTMENT MADE FOR CHARLES E. AKERS AND A. D. ALEXANDER RECORDED IN SUMMIT COUNTY RECORDS IN PLAT BOOK 12, PAGE 21, SUMMIT COUNTY RECORDS, BE THE SAME MORE OR LESS.

TRACT B:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING LOT NUMBER 2 IN AN ALLOTMENT MADE FOR CHARLES E. AKERS AND A. D. ALEXANDER, AS RECORDED IN PLAT BOOK 12, PAGE 21, SUMMIT COUNTY RECORDS; ALSO THE RIGHT TO USE FOR DRIVEWAY PURPOSES, IN COMMON WITH THOMAS BROWNSWORD AND MATILDA BROWNSWORD, THEIR HEIRS OR ASSIGNS, A STRIP OF LAND 4 FEET IN WIDTH AND EXTENDING FROM FRONT TO REAR OFF THE SOUTHERLY SIDE OF LOT NO. 3, IN AN ALLOTMENT MADE FOR CHARLES E. AKERS AND A. D. ALEXANDER, AS RECORDED IN PLAT BOOK 12, PAGE 21, SUMMIT COUNTY RECORDS. SAID STRIP OF LAND IS TO BE USED IN CONNECTION WITH A STRIP OF LAND 4 FEET IN WIDTH AND EXTENDING FROM FRONT TO REAR OFF THE NORTHERLY SIDE OF LOT NO. 2 IN SAID ALLOTMENT, AND SAID UNITED STRIPS ARE TO BE USED AS A PARTY DRIVEWAY BY THE PRESENT OWNERS OF SAID LOTS NOS. 2 AND 3, AND THEIR HEIRS OR ASSIGNS.

PPN: 67-57835 060093004018001 & 67-57836 060093004017001

PARCEL 6:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING LOT NO. 1 IN AN ALLOTMENT MADE FOR CHARLES E. AKERS AND A. D. ALEXANDER AND RECORDED IN PLAT BOOK 12, PAGE 21 OF SUMMIT COUNTY RECORDS.

PPN: 67-57834 060093004019001

PARCEL 7:
SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO:

AND KNOWN AS BEING PART OF TRACT 1 FORMERLY SPRINGFIELD TOWNSHIP, NOW CITY OF AKRON AND MORE PARTICULARLY DESCRIBED AS FOLLOWS; BEGINNING AT A POINT IN THE EASTERLY LINE OF S. ARLINGTON STREET, WHICH IS 85 FEET SOUTHERLY DISTANT FROM THE INTERSECTION OF THE EASTERLY LINE OF S. ARLINGTON STREET, WITH THE SOUTHERLY LINE OR JOHNSTON STREET; THENCE SOUTHERLY 50 FEET ALONG THE EASTERLY LINE OF S. ARLINGTON STREET TO AN IRON PIN; THENCE EASTERLY AND PARALLEL TO THE SOUTHERLY LINE OF JOHNSTON STREET, A DISTANCE OF 69 FEET TO AN IRON PIN; THENCE NORTHERLY PARALLEL WITH THE EASTERLY LINE OF S. ARLINGTON STREET, A DISTANCE OF 50 FEET TO A IRON PIN; THENCE WESTERLY PARALLEL TO THE SOUTHERLY LINE OF JOHNSTON STREET, A DISTANCE OF 69 FEET TO THE PLACE OF BEGINNING, BE THE SAME MORE OR LESS.

168-55765
PPN: 68-5765 060093004016001

*Exhibit "A" continues on following pages*

*Exhibit "A" continued*

Real Property commonly known as 131 S. High St. Akron, Ohio 44308 and further described as follows:

PARCEL 1:

SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO AND KNOWN AS BEING ALL OF SUBLOTS NO. 7 AND NO. 8, BLOCK 18 IN KING'S ADDITION, RECORDED IN PLAT BOOK 1, PAGE 17 OF THE TRANSCRIBED RECORDS OF SUMMIT COUNTY RECORDS.

PARCEL 2:

SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT, STATE OF OHIO AND KNOWN AS BEING A PART OF LOTS 43, 44 AND 45, BLOCK 18, KING ALLOTMENT AS RECORDED IN TRANSCRIBED RECORDS, PAGE 17 OF THE SUMMIT COUNTY RECORD OF PLATS AND BEING A SECTION OF THE FIRST PARKING LEVEL OF THE PROPOSED BROADWAY PARKING STRUCTURE AS SHOWN ON PLANS PREPARED BY CARL WALKER FOR THE CITY OF AKRON, MORE FULLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWESTERLY CORNER OF LOT 46, BLOCK 18, KING ALLOTMENT ALSO BEING THE INTERSECTION OF THE NORTHERLY LINE OF BOWERY STREET (66' R/W) WITH THE EASTERLY LINE OF WHEELER LANE (16.5' R/W); THENCE NORTHEASTERLY ALONG THE EASTERLY LINE OF WHEELER LANE, N 17° 17' 14" E (BEARINGS REFERENCED TO THE OHIO PLANE COORDINATE SYSTEM, NORTH ZONE), 129.29 FEET TO A POINT;

THENCE S 72° 42' 46" E, 9.00 FEET TO THE WESTERLY INSIDE FACE OF THE BROADWAY PARKING STRUCTURE AND THE TRUE PLACE OF BEGINNING FOR THE LAND HEREINAFTER DESCRIBED;

THENCE NORTHEASTERLY ALONG THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE, N 17° 17' 14" E, 10.75 FEET TO THE SOUTHERLY FACE OF COLUMN "A-7";

THENCE AROUND THE FACE OF COLUMN "A-7" THE FOLLOWING THREE COURSES:

1) S 72° 42' 46" E, 2.08 FEET TO THE EASTERLY FACE OF SAID COLUMN;
2) N 17° 17' 14" E, 2.00 FEET TO THE NORTHERLY FACE OF SAID COLUMN;
3) N 72° 42' 46" W, 2.08 FEET TO THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE;

THENCE NORTHEASTERLY ALONG THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE, N 17° 17' 14" E, 21.50 FEET TO THE SOUTHERLY FACE OF COLUMN "A-8";

THENCE AROUND THE FACE OF COLUMN "A-8" THE FOLLOWING THREE COURSES:

1) S 72° 42' 46" E, 2.08 FEET TO THE EASTERLY FACE OF SAID COLUMN;
2) N 17° 17' 14" E, 2.00 FEET TO THE NORTHERLY FACE OF SAID COLUMN;
3) N 72° 42' 46" W, 2.08 FEET TO THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE;

THENCE NORTHEASTERLY ALONG THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE, N 17° 17' 14" E, 21.50 FEET TO THE SOUTHERLY FACE OF COLUMN "A-9";

THENCE AROUND THE FACE OF COLUMN "A-9" THE FOLLOWING THREE COURSES:

1) S 72° 42' 46" E, 2.08 FEET TO THE EASTERLY FACE OF SAID COLUMN;
2) N 17° 17' 14" E, 2.00 FEET TO THE NORTHERLY FACE OF SAID COLUMN;
3) N 72° 42' 46" W, 2.08 FEET TO THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE;

THENCE NORTHEASTERLY ALONG THE WESTERLY INSIDE FACE OF SAID PARKING STRUCTURE, N 17° 17' 14" E, 21.50 FEET TO THE SOUTHERLY FACE OF COLUMN "A-10";

THENCE SOUTHEASTERLY ALONG THE EASTERLY EXTENSION OF THE SOUTHERLY FACE OF COLUMN LINE "10", S 72° 42' 46" E, 2.08 FEET TO THE EASTERLY FACE OF SAID COLUMN;

THENCE NORTHEASTERLY ALONG THE EASTERLY FACE OF COLUMN LINE "10", N 17° 17' 14" E, 2.00 FEET TO THE NORTHERLY FACE OF SAID COLUMN;

THENCE SOUTHEASTERLY ALONG THE EASTERLY EXTENSION OF THE NORTHERLY FACE OF COLUMN LINE "10", S 72° 42' 46" E, 15.25 FEET TO A POINT;

THENCE N 17° 17' 14" E, 19.58 FEET TO THE EASTERLY EXTENSION OF THE SOUTHERLY FACE OF COLUMN LINE "11";

THENCE SOUTHEASTERLY ALONG THE EXTENSION OF THE SOUTHERLY FACE OF SAID COLUMN LINE "11", S 72° 42' 46" E, 27.33 FEET TO A POINT;

THENCE S 17° 17' 14" W, 21.58 FEET TO THE EASTERLY EXTENSION OF THE SOUTHERLY FACE OF COLUMN LINE "10";

THENCE SOUTHEASTERLY ALONG THE EASTERLY EXTENSION OF THE SOUTHERLY FACE OF COLUMN LINE "10", S 72° 42' 43" E, 12.75 FEET TO THE WESTERLY FACE OF A RETAINING WALL, SAID WESTERLY FACE IS 0.33 FEET EASTERLY FROM AND PARALLEL TO THE CENTERLINE OF COLUMN LINE "C" OF SAID PARKING STRUCTURE;

THENCE SOUTHWESTERLY ALONG THE WESTERLY FACE OF SAID RETAINING WALL, S 17° 17' 14" W, 21.50 FEET TO THE NORTHERLY FACE OF COLUMN "C-9";

THENCE AROUND THE FACE OF COLUMN "C-9" THE FOLLOWING THREE COURSES:

1) N 72° 42' 46" W, 1.33 FEET TO THE WESTERLY FACE OF SAID COLUMN;
2) S 17° 17' 14" W, 2.00 FEET TO THE SOUTHERLY FACE OF SAID COLUMN;
3) S 72° 42' 46" E, 1.33 FEET TO THE WESTERLY FACE OF SAID RETAINING WALL;

THENCE SOUTHWESTERLY ALONG THE WESTERLY FACE OF SAID RETAINING WALL, S 17° 17' 14" W, 21.50 FEET TO THE NORTHERLY FACE OF COLUMN "C-8";

THENCE AROUND THE FACE OF COLUMN "C-8" THE FOLLOWING THREE COURSES:

1) N 72° 42' 46" W, 1.33 FEET TO THE WESTERLY FACE OF SAID COLUMN;
2) S 17° 17' 14" W, 2.00 FEET TO THE SOUTHERLY FACE OF SAID COLUMN;
3) S 72° 42' 46" E, 1.33 FEET TO THE WESTERLY FACE OF SAID RETAINING WALL;

THENCE SOUTHWESTERLY ALONG THE WESTERLY FACE OF SAID RETAINING WALL, S 17° 17' 14" W, 21.50 FEET TO THE NORTHERLY FACE OF COLUMN "C-7";

THENCE AROUND THE FACE F COLUMN "C-7" THE FOLLOWING THREE COURSES:

1) N 72° 42' 46" W, 1.33 FEET TO THE WESTERLY FACE OF SAID COLUMN;
2) S 17° 17' 14" W, 2.00 FEET TO THE SOUTHERLY FACE OF SAID COLUMN;
3) S 72° 42' 46" E, 1.33 FEET TO THE WESTERLY FACE OF SAID RETAINING WALL;

THENCE SOUTHWESTERLY ALONG THE WESTERLY FACE OF SAID RETAINING WALL, S 17° 17' 14" W, 10.75 FEET TO A POINT;

THENCE NORTHWESTERLY ALONG A DIVISION LINE BETWEEN ZION LUTHERAN PARKING AND PARKING FOR HIGH STREET CHRISTIAN CHURCH, N 72° 42' 46" W, 57.41 FEET TO THE TRUE PLACE OF BEGINNING FOR THE LAND HEREINBEFORE DESCRIBED AND CONTAINING 0.1208 OF A ACRE OF LAND (5,264 SQUARE FEET), MORE OR LESS.

EXCEPTING FROM PARCEL 2, THE AIR RIGHTS AS RETAINED IN OR VOLUME 2002, PAGE 1186 OF SUMMIT COUNTY RECORDS.