Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: **SEPTEMBER**

Date report filed: _____ MM / DD / YYYY

Line of business: NON-PROFIT CHURCH

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: GODESS CLEMONS

Original signature of responsible party: *[signed]*

Printed name of responsible party: GODESS CLEMONS

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 14,592.72

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 16,727.85

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 15,529.49

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1,198.36

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 15,728.08

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $ _____

    (Exhibit E)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 7,168.75
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 15,000.00 | − | $ 16,215.62 | = | $ 1,215.62 |
| 33. Cash disbursements | $ 10,000.00 | − | $ 18,816.60 | = | $ -8,816.60 |
| 34. Net cash flow | $ 5,000.00 | − | $ -2,600.98 | = | $ 7,600.98 |

35. Total projected cash receipts for the next month:  $ 15,000.00
36. Total projected cash disbursements for the next month:  − $ 10,000.00
37. Total projected net cash flow for the next month:  = $ 5,000.00

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# A Touch of Heaven

## Profit and Loss
### September 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|   Offering | 16,727.85 |
| **Total Income** | **$16,727.85** |
| **GROSS PROFIT** | **$16,727.85** |
| **Expenses** | |
|   Bank Charges & Fees | 249.00 |
|   Insurance Expense | 969.00 |
|   Office Supplies & Software | 109.95 |
|   Payroll Expenses | -509.51 |
|   Payroll Processing Fees | 625.32 |
|   Payroll Taxes | 619.29 |
|   Taxes & Licenses | 267.00 |
|   Utilities | 257.76 |
|   Wages | 8,100.00 |
|   Website (Recurring) | 49.00 |
| **Total Expenses** | **$10,736.81** |
| NET OPERATING INCOME | $5,991.04 |
| NET INCOME | $5,991.04 |

*Handwritten annotations:*
- SB 1198.36 (circled, near NET INCOME line)
- 10736.81 + 4792.68 = 15529.49
- 16727.85 − 15529.49 = 1198.36 ✓

Accrual Basis Friday, October 22, 2021 02:36 PM GMT-04:00

# A Touch of Heaven

## Statement of Cash Flows
### September 2021

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 5,991.04 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Withholdings | 207.32 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | 207.32 |
| **Net cash provided by operating activities** | **$6,198.36** |
| **FINANCING ACTIVITIES** |  |
| N/P HNB Corp Trust- Mortgage | -5,000.00 |
| **Net cash provided by financing activities** | **$-5,000.00** |
| **NET CASH INCREASE FOR PERIOD** | **$1,198.36** ✓ |
| Cash at beginning of period | 14,539.69 |
| **CASH AT END OF PERIOD** | **$15,738.05** |

# A Touch of Heaven

## 5/3 BUSINESS ELITE CHECKING (0061), Period Ending 09/30/2021

### RECONCILIATION REPORT

Reconciled on: 10/22/2021

Reconciled by: Jodie Ruch

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 14,539.69 |
| Checks and payments cleared (31) | -15,529.49 |
| Deposits and other credits cleared (28) | 16,727.85 |
| Statement ending balance | 15,738.05 |
| | |
| Register balance as of 09/30/2021 | 15,738.05 |

**Details**

Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2021 | Expense | | Outgoing Wire Trans | -1,000.00 |
| 09/01/2021 | Expense | | Summit County Fiscal Office | -267.00 |
| 09/01/2021 | Expense | | | -1.00 |
| 09/01/2021 | Expense | | Boxcast Sunday | -49.00 |
| 09/03/2021 | Expense | | Paychex | -448.43 |
| 09/03/2021 | Check | 5164 | DeJuan Kelker | -1,169.79 |
| 09/03/2021 | Expense | | Paychex | -175.08 |
| 09/07/2021 | Check | 5165 | Stacey Kelker | -509.86 |
| 09/07/2021 | Expense | | Outgoing Wire Trans | -1,000.00 |
| 09/09/2021 | Check | 5166 | DeJuan Kelker | -1,169.79 |
| 09/10/2021 | Expense | | Paychex | -448.43 |
| 09/10/2021 | Expense | | Paychex | -150.08 |
| 09/13/2021 | Expense | | Outgoing Wire Trans | -1,000.00 |
| 09/13/2021 | Expense | | Adobe Inc | -56.57 |
| 09/13/2021 | Expense | | A Touch of Heaven | -248.00 |
| 09/17/2021 | Expense | | Paychex | -448.43 |
| 09/20/2021 | Check | 5167 | Stacey Kelker | -509.86 |
| 09/20/2021 | Check | 5169 | Stacey Kelker | -509.86 |
| 09/20/2021 | Expense | | Outgoing Wire Trans | -1,000.00 |
| 09/20/2021 | Check | 5168 | | -1,169.79 |
| 09/20/2021 | Expense | | Erie Insurance Group | -969.00 |
| 09/20/2021 | Expense | | Paychex | -150.08 |
| 09/21/2021 | Expense | | AT&T Internet | -40.10 |
| 09/21/2021 | Expense | | AT&T Internet | -50.12 |
| 09/21/2021 | Expense | | AT&T Internet | -88.77 |
| 09/21/2021 | Expense | | AT&T Internet | -78.77 |
| 09/24/2021 | Expense | | Paychex | -448.44 |
| 09/24/2021 | Expense | | DeJuan Kelker | -1,169.78 |
| 09/24/2021 | Expense | | Paychex | -150.08 |
| 09/29/2021 | Expense | | Outgoing Wire Trans | -1,000.00 |
| 09/30/2021 | Expense | | Intuit | -53.38 |

**Total** -15,529.49

Deposits and other credits cleared (28)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/01/2021 | Deposit | | | 1,681.92 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 407.14 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 751.56 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/01/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/07/2021 | Deposit | | A Touch of Heaven | 725.00 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/13/2021 | Deposit | | | 1,097.34 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 300.00 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 459.72 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 396.96 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/13/2021 | Deposit | | A Touch of Heaven | 492.50 |
| 09/21/2021 | Deposit | | | 978.46 |
| 09/21/2021 | Deposit | | A Touch of Heaven | 18.87 |
| 09/21/2021 | Deposit | | A Touch of Heaven | 1,296.26 |
| 09/28/2021 | Deposit | | | 872.75 |
| 09/28/2021 | Deposit | | A Touch of Heaven | 71.87 |
| 09/29/2021 | Deposit | | A Touch of Heaven | 775.00 |
| Total | | | | 16,727.85 |




**FIFTH THIRD BANK**
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

TOUCH OF HEAVEN MINISTRIES
131 S HIGH ST
AKRON OH 44308-1410

0

18779

Statement Period Date: 9/1/2021 - 9/30/2021
Account Type: 5/3 BUS ELITE CKG
Account Number: 7525310061

Banking Center: Arlington
Banking Center Phone: 330-644-2976
Business Banking Support: 877-534-2264

## Account Summary - 7525310061

| | | | | |
|---|---|---|---|---|
| 09/01 | Beginning Balance | $14,539.69 | Number of Days in Period | 30 |
| 6 | Checks | $(5,038.95) | | |
| 25 | Withdrawals / Debits | $(10,490.54) | | |
| 28 | Deposits / Credits | $16,727.85 | | |
| 09/30 | Ending Balance | $15,738.05 | | |

**Analysis Period: 08/01/21 - 08/31/21**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| **Standard Monthly Service Charge Waived** (see below) | **$0.00** |
| ACCOUNT SERVICES | $3.00 |
| INFO REPORTING | $30.00 |
| WIRE [7] | $180.00 |
| **Service Charge withdrawn on 09/13/21** | **$248.00** |

[7] Charges for incoming and outgoing wires, as well as other wire activity.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | No |
| | Total Combined Monthly Average Balance | $18,409.79 |
| **OR** your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| **OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials. | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Checks

6 checks totaling $5,038.95

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 5164 i | 09/03 | 1,169.79 | 5166 i | 09/09 | 1,169.79 | 5168 i | 09/20 | 1,169.79 |
| 5165 i | 09/07 | 509.86 | 5167 i | 09/20 | 509.86 | 5169 i | 09/20 | 509.86 |

## Withdrawals / Debits

25 items totaling $10,490.54

| Date | Amount | Description |
|---|---|---|
| 09/01 | 49.00 | RECURRING PURCHASE AT BOXCAST/SUNDAY STR, CLEVELAND, OH ON 090121 FROM CARD#: XXXXXXXXXXXX7978 |
| 09/01 | 1.00 | OFFICIAL PAYMENT 800-487-4567 WEB PMTS PM223H dejuan kelker 090121 |
| 09/01 | 267.00 | SUMMITCOPTXOH 330-643-2583 WEB PMTS MFY13H dejuan kelker 090121 |
| 09/01 | 1,000.00 | OUTGOING WIRE TRANS 090121 |
| 09/03 | 175.08 | PAYCHEX EIB INVOICE X93974600044466 DEBTOR IN POSSESION TO 090321 |



FIFTH THIRD BANK

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 09/03 | 448.43 | PAYCHEX TPS 35317 TAXES 93965900026010X DEBTOR IN POSSESION TO 090321 |
| 09/07 | 1,000.00 | OUTGOING WIRE TRANS 090721 |
| 09/10 | 150.08 | PAYCHEX EIB INVOICE X94052900002203 DEBTOR IN POSSESION TO 091021 |
| 09/10 | 448.43 | PAYCHEX TPS 35335 TAXES 94041200022134X DEBTOR IN POSSESION TO 091021 |
| 09/13 | 56.57 | RECURRING PURCHASE AT Adobe Inc, 8008336687, CA ON 091221 FROM CARD#: XXXXXXXXXXXX7978 |
| 09/13 | 1,000.00 | OUTGOING WIRE TRANS 091321 |
| 09/13 | 248.00 | SERVICE CHARGE |
| 09/17 | 448.43 | PAYCHEX TPS 35362 TAXES 94148200006580X DEBTOR IN POSSESION TO 091721 |
| 09/20 | 150.08 | PAYCHEX EIB INVOICE X94163100021237 DEBTOR IN POSSESION TO 092021 |
| 09/20 | 969.00 | ERIE INS GROUP ERIEXPSPAY Q380450840 TOUCH OF HEAVEN 092021 |
| 09/20 | 1,000.00 | OUTGOING WIRE TRANS 092021 |
| 09/21 | 40.10 | TELEPHONE INITIATED PAYMENT AT ATT Payment 039718001EVR1J 092121 |
| 09/21 | 50.12 | TELEPHONE INITIATED PAYMENT AT ATT Payment 040206001EVR1J 092121 |
| 09/21 | 78.77 | TELEPHONE INITIATED PAYMENT AT ATT Payment 039678001EVR1J 092121 |
| 09/21 | 88.77 | TELEPHONE INITIATED PAYMENT AT ATT Payment 040353001EVR1J 092121 |
| 09/24 | 150.08 | PAYCHEX EIB INVOICE X94233300028880 DEBTOR IN POSSESION TO 092421 |
| 09/24 | 448.44 | PAYCHEX TPS 35380 TAXES 94220400024516X DEBTOR IN POSSESION TO 092421 |
| 09/24 | 1,169.78 | PAYCHEX INC. PAYROLL 94242600030880X DEBTOR IN POSSESION TO 092421 |
| 09/29 | 1,000.00 | OUTGOING WIRE TRANS 092921 |
| 09/30 | 53.38 | PYMT TO INTUIT 18004INT - 003 INTUIT 18004INTUIT MOUNTAIN VIEW CA |

## Deposits / Credits

28 items totaling $16,727.85

| Date | Amount | Description |
|---|---|---|
| 09/01 | 407.14 | Received RTP ID 20210901021000021P1BRJPM00020024623 from SQUARE |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 806845 Cash App*Cash Out San Francisco CA |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 806900 Cash App*Cash Out San Francisco CA |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807137 Cash App*Cash Out San Francisco CA |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807262 Cash App*Cash Out San Francisco CA |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807386 Cash App*Cash Out San Francisco CA |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807508 Cash App*Cash Out San Francisco CA |
| 09/01 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807585 Cash App*Cash Out San Francisco CA |
| 09/01 | 751.56 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807555 Cash App*Cash Out San Francisco CA |
| 09/01 | 1,681.92 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 09/07 | 725.00 | DEPOSIT |
| 09/13 | 300.00 | DEPOSIT |
| 09/13 | 396.96 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802620 Cash App*Cash Out San Francisco CA |
| 09/13 | 459.72 | Received RTP ID 20210913021000021P1BRJPM00520016362 from SQUARE |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801684 Cash App*Cash Out San Francisco CA |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801869 Cash App*Cash Out San Francisco CA |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801934 Cash App*Cash Out San Francisco CA |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801946 Cash App*Cash Out San Francisco CA |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802067 Cash App*Cash Out San Francisco CA |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802326 Cash App*Cash Out San Francisco CA |
| 09/13 | 492.50 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802571 Cash App*Cash Out San Francisco CA |
| 09/13 | 1,097.34 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 09/21 | 18.87 | Received RTP ID 20210921021000021P1BRJPM00020017050 from SQUARE |
| 09/21 | 978.46 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 09/21 | 1,296.26 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 809875 Cash App*Cash Out San Francisco CA |
| 09/28 | 71.87 | Received RTP ID 20210928021000021P1BRJPM00050014095 from SQUARE |
| 09/28 | 872.75 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 09/29 | 775.00 | DEPOSIT |

19-53062-amk    Doc 212    FILED 12/14/21    ENTERED 12/14/21 09:01:55    Page 10 of 20



**FIFTH THIRD BANK**
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

TOUCH OF HEAVEN MINISTRIES
131 S HIGH ST
AKRON OH 44308-1410

0

18779

Statement Period Date: 9/1/2021 - 9/30/2021
Account Type: 5/3 BUS ELITE CKG
Account Number: 7525310061

Banking Center: Arlington
Banking Center Phone: 330-644-2976
Business Banking Support: 877-534-2264

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 19,510.81 | 09/13 | 19,561.30 | 09/24 | 15,071.81 |
| 09/03 | 17,717.51 | 09/17 | 19,112.87 | 09/28 | 16,016.43 |
| 09/07 | 16,932.65 | 09/20 | 14,804.28 | 09/29 | 15,791.43 |
| 09/09 | 15,762.86 | 09/21 | 16,840.11 | 09/30 | 15,738.05 |
| 09/10 | 15,164.35 | | | | |

IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT RULES AND REGULATIONS. BEGINNING 9/18/2021, THE DEPOSIT ACCOUNT RULES AND REGULATIONS WILL BE UPDATED TO INCLUDE THE FIFTH THIRD DEBIT CARD AGREEMENT.



This page intentionally left blank.

# A Touch of Heaven

## Balance Sheet
### As of September 30, 2021

| | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       5/3 BUSINESS ELITE CHECKING (0061) | 15,738.05 |
|       Chase 2053 | 0.00 |
|       Church Offering | 0.00 |
|     **Total Bank Accounts** | **$15,738.05** |
|     **Other Current Assets** | |
|       Uncategorized Asset | 0.00 |
|     **Total Other Current Assets** | **$0.00** |
|   **Total Current Assets** | **$15,738.05** |
|   **Fixed Assets** | |
|     Building | 850,000.00 |
|     Building Improvements | 33,700.00 |
|     Equipment | 68,424.38 |
|     Furniture | 25,200.00 |
|   **Total Fixed Assets** | **$977,324.38** |
| **TOTAL ASSETS** | **$993,062.43** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         Accrued Payroll | 0.00 |
|         Withholdings | 207.32 |
|       **Total Other Current Liabilities** | **$207.32** |
|     **Total Current Liabilities** | **$207.32** |
|     **Long-Term Liabilities** | |
|       N/P HNB Corp Trust- Mortgage | 1,227,297.86 |
|       Note Payable | 25,000.00 |
|       SBA Loan | 135,200.00 |
|     **Total Long-Term Liabilities** | **$1,387,497.86** |
|   **Total Liabilities** | **$1,387,705.18** |
|   **Equity** | |
|     Opening Balance Equity | 0.00 |
|     Retained Earnings | -376,118.80 |
|     Net Income | -18,523.95 |
|   **Total Equity** | **$-394,642.75** |
| **TOTAL LIABILITIES AND EQUITY** | **$993,062.43** |

# A Touch of Heaven

## Check Detail
September 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|---|---|---|---|---|---|---|
| **5/3 BUSINESS ELITE CHECKING (0061)** | | | | | | |
| 09/01/2021 | Expense | | Summit County Fiscal Office | | R | -267.00 |
| | | | | SUMMITCOPTXOH 330-643-2583 WEB P SUMMITCOPTXOH 330-643-2583 WEB PMTS MFY13H dejuan kelker 090121 | | 267.00 |
| 09/01/2021 | Expense | | Boxcast Sunday | | R | -49.00 |
| | | | | RECURRING PURCHASE AT BOXCAST/SU RECURRING PURCHASE AT BOXCAST/SUNDAY STR, CLEVELAND, OH ON 090121 FROM CARD#: XXXXXXXXXXXX7978 | | 49.00 |
| 09/01/2021 | Expense | | | | R | -1.00 |
| | | | | OFFICIAL PAYMENT 800-487-4567 WE OFFICIAL PAYMENT 800-487-4567 WEB PMTS PM223H dejuan kelker 090121 | | 1.00 |
| 09/01/2021 | Expense | | Outgoing Wire Trans | | R | -1,000.00 |
| | | | | OUTGOING WIRE TRANS 090121 OUTGOING WIRE TRANS 090121 | | 1,000.00 |
| 09/03/2021 | Check | 5164 | DeJuan Kelker | | R | -1,169.79 |
| | | | | CHECK POSTED CHECK | | 1,169.79 |
| 09/03/2021 | Expense | | Paychex | | R | -175.08 |
| | | | | PAYCHEX EIB INVOICE X93974600044 PAYCHEX EIB INVOICE X93974600044466 DEBTOR IN POSSESION TO 090321 | | 175.08 |
| 09/03/2021 | Expense | | Paychex | | R | -448.43 |
| | | | | PAYCHEX TPS 35317 TAXES 93965900 PAYCHEX TPS 35317 TAXES 93965900026010X DEBTOR IN POSSESION TO 090321 | | -448.43 |
| 09/07/2021 | Check | 5165 | Stacey Kelker | CHECK POSTED CHECK | R | -509.86 |
| | | | | | | 509.86 |
| 09/07/2021 | Expense | | Outgoing Wire Trans | | R | -1,000.00 |
| | | | | OUTGOING WIRE TRANS 090721 OUTGOING WIRE TRANS 090721 | | 1,000.00 |
| 09/09/2021 | Check | 5166 | DeJuan Kelker | | R | -1,169.79 |
| | | | | CHECK POSTED CHECK | | 1,169.79 |
| 09/10/2021 | Expense | | Paychex | | R | -448.43 |
| | | | | PAYCHEX TPS 35335 TAXES 94041200 PAYCHEX TPS 35335 TAXES 94041200022134X DEBTOR IN POSSESION TO 091021 | | -448.43 |
| 09/10/2021 | Expense | | Paychex | | R | -150.08 |
| | | | | PAYCHEX EIB INVOICE X94052900002 PAYCHEX EIB INVOICE X94052900002203 DEBTOR IN POSSESION TO 091021 | | 150.08 |
| 09/13/2021 | Expense | | Adobe Inc | | R | -56.57 |
| | | | | RECURRING PURCHASE AT Adobe Inc, RECURRING PURCHASE AT Adobe Inc, 8008336687, CA ON 091221 FROM CARD#: XXXXXXXXXXXX7978 | | 56.57 |
| 09/13/2021 | Expense | | Outgoing Wire Trans | | R | -1,000.00 |

19-53062-amk    Doc 212    FILED 12/14/21    ENTERED 12/14/21 09:01:55    Page 14 of 20

# A Touch of Heaven

## Check Detail

### September 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | OUTGOING WIRE TRANS 091321 OUTGOING WIRE TRANS 091321 | | -1,000.00 |
| 09/13/2021 | Expense | | A Touch of Heaven | | R | -248.00 |
| | | | | SERVICE CHARGE SERVICE CHARGE | | 248.00 |
| 09/17/2021 | Expense | | Paychex | | R | -448.43 |
| | | | | PAYCHEX TPS 35362 TAXES 94148200 PAYCHEX TPS 35362 TAXES 94148200006580X DEBTOR IN POSSESION TO 091721 | | -448.43 |
| 09/20/2021 | Check | 5167 | Stacey Kelker | | R | -509.86 |
| | | | | CHECK POSTED CHECK | | 509.86 |
| 09/20/2021 | Check | 5169 | Stacey Kelker | | R | -509.86 |
| | | | | CHECK POSTED CHECK | | 509.86 |
| 09/20/2021 | Check | 5168 | | | R | -1,169.79 |
| | | | | CHECK POSTED CHECK | | 1,169.79 |
| 09/20/2021 | Expense | | Outgoing Wire Trans | | R | -1,000.00 |
| | | | | OUTGOING WIRE TRANS 092021 OUTGOING WIRE TRANS 092021 | | -1,000.00 |
| 09/20/2021 | Expense | | Paychex | | R | -150.08 |
| | | | | PAYCHEX EIB INVOICE X94163100021 PAYCHEX EIB INVOICE X94163100021237 DEBTOR IN POSSESION TO 092021 | | 150.08 |
| 09/20/2021 | Expense | | Erie Insurance Group | | R | -969.00 |
| | | | | ERIE INS GROUP ERIEXPSPAY Q38045 ERIE INS GROUP ERIEXPSPAY Q380450840 TOUCH OF HEAVEN 092021 | | 969.00 |
| 09/21/2021 | Expense | | AT&T Internet | | R | -78.77 |
| | | | | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 039678001EVR1J 092121 | | 78.77 |
| 09/21/2021 | Expense | | AT&T Internet | | R | -40.10 |
| | | | | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 039718001EVR1J 092121 | | 40.10 |
| 09/21/2021 | Expense | | AT&T Internet | | R | -88.77 |
| | | | | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 040353001EVR1J 092121 | | 88.77 |
| 09/21/2021 | Expense | | AT&T Internet | | R | -50.12 |
| | | | | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 040206001EVR1J 092121 | | 50.12 |
| 09/24/2021 | Expense | | DeJuan Kelker | | R | -1,169.78 |
| | | | | PAYCHEX INC. PAYROLL 94242600030 PAYCHEX INC. PAYROLL 94242600030880X DEBTOR IN POSSESION TO 092421 | | 1,169.78 |
| 09/24/2021 | Expense | | Paychex | | R | -150.08 |
| | | | | PAYCHEX EIB INVOICE X94233300028 PAYCHEX EIB INVOICE X94233300028880 DEBTOR IN | | 150.08 |

# A Touch of Heaven

## Check Detail
### September 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | CLR | AMOUNT |
|------|------------------|-----|------|------------------|-----|--------|
|      |                  |     |      | POSSESION TO 092421 |     |        |
| 09/24/2021 | Expense |   | Paychex |                                                                                      | R | -448.44 |
|            |         |   |         | PAYCHEX TPS 35380 TAXES 94220400 PAYCHEX TPS 35380 TAXES 94220400024516X DEBTOR IN POSSESION TO 092421 |   | -448.44 |
| 09/29/2021 | Expense |   | Outgoing Wire Trans |                                                                          | R | - |
|            |         |   |         |                                                                                      |   | 1,000.00 |
|            |         |   |         | OUTGOING WIRE TRANS 092921 OUTGOING WIRE TRANS 092921                                |   | - |
|            |         |   |         |                                                                                      |   | 1,000.00 |
| 09/30/2021 | Expense |   | Intuit  |                                                                                      | R | -53.38 |
|            |         |   |         | INTUIT 18004INT - 003 INTUIT 180 PYMT TO INTUIT 18004INT - 003 INTUIT 18004INTUIT MOUNTAIN VIEW CA |   | 53.38 |

# A Touch of Heaven

General Ledger
September 2021

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **5/3 BUSINESS ELITE CHECKING (0061)** | | | | | | | | |
| Beginning Balance | | | | | | | | 14,539.69 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 15,032.19 |
| 09/01/2021 | Expense | | No | Boxcast Sunday | | Website (Recurring) | -49.00 | 14,983.19 |
| 09/01/2021 | Expense | | No | | | Bank Charges & Fees | -1.00 | 14,982.19 |
| 09/01/2021 | Expense | | No | Outgoing Wire Trans | | N/P HNB Corp Trust-Mortgage | -1,000.00 | 13,982.19 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 14,474.69 |
| 09/01/2021 | Deposit | | No | | | Offering | 1,681.92 | 16,156.61 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 16,649.11 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 407.14 | 17,056.25 |
| 09/01/2021 | Expense | | No | Summit County Fiscal Office | | Taxes & Licenses | -267.00 | 16,789.25 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 17,281.75 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 17,774.25 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 751.56 | 18,525.81 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 19,018.31 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 19,510.81 |
| 09/03/2021 | Expense | | No | Paychex | | Withholdings | -448.43 | 19,062.38 |
| 09/03/2021 | Check | 5164 | No | DeJuan Kelker | | Payroll Expenses | -1,169.79 | 17,892.59 |
| 09/03/2021 | Expense | | No | Paychex | | Payroll Processing Fees | -175.08 | 17,717.51 |
| 09/07/2021 | Check | 5165 | No | Stacey Kelker | | Payroll Expenses | -509.86 | 17,207.65 |
| 09/07/2021 | Expense | | No | Outgoing Wire Trans | | N/P HNB Corp Trust-Mortgage | -1,000.00 | 16,207.65 |
| 09/07/2021 | Deposit | | No | A Touch of Heaven | | Offering | 725.00 | 16,932.65 |
| 09/09/2021 | Check | 5166 | No | DeJuan Kelker | | Payroll Expenses | -1,169.79 | 15,762.86 |
| 09/10/2021 | Expense | | No | Paychex | | Payroll Processing Fees | -150.08 | 15,612.78 |
| 09/10/2021 | Expense | | No | Paychex | | Withholdings | -448.43 | 15,164.35 |
| 09/13/2021 | Deposit | | No | | | Offering | 1,097.34 | 16,261.69 |
| 09/13/2021 | Expense | | No | A Touch of Heaven | | Bank Charges & Fees | -248.00 | 16,013.69 |
| 09/13/2021 | Expense | | No | Outgoing Wire Trans | | N/P HNB Corp Trust-Mortgage | -1,000.00 | 15,013.69 |
| 09/13/2021 | Expense | | No | Adobe Inc | | Office Supplies & Software | -56.57 | 14,957.12 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 15,449.62 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 15,942.12 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 16,434.62 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 300.00 | 16,734.62 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 17,227.12 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 17,719.62 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 396.96 | 18,116.58 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 18,609.08 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 459.72 | 19,068.80 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | | Offering | 492.50 | 19,561.30 |
| 09/17/2021 | Expense | | No | Paychex | | Withholdings | -448.43 | 19,112.87 |
| 09/20/2021 | Expense | | No | Outgoing Wire Trans | | N/P HNB Corp Trust-Mortgage | -1,000.00 | 18,112.87 |
| 09/20/2021 | Check | 5169 | No | Stacey Kelker | | Payroll Expenses | -509.86 | 17,603.01 |
| 09/20/2021 | Check | 5168 | No | | | Payroll Expenses | -1,169.79 | 16,433.22 |
| 09/20/2021 | Check | 5167 | No | Stacey Kelker | | Payroll Expenses | -509.86 | 15,923.36 |
| 09/20/2021 | Expense | | No | Paychex | | Payroll Processing Fees | -150.08 | 15,773.28 |
| 09/20/2021 | Expense | | No | Erie Insurance Group | | Insurance Expense | -969.00 | 14,804.28 |
| 09/21/2021 | Expense | | No | AT&T Internet | | Utilities | -78.77 | 14,725.51 |
| 09/21/2021 | Expense | | No | AT&T Internet | | Utilities | -50.12 | 14,675.39 |
| 09/21/2021 | Expense | | No | AT&T Internet | | Utilities | -88.77 | 14,586.62 |
| 09/21/2021 | Deposit | | No | | | Offering | 978.46 | 15,565.08 |
| 09/21/2021 | Deposit | | No | A Touch of Heaven | | Offering | 18.87 | 15,583.95 |
| 09/21/2021 | Deposit | | No | A Touch of Heaven | | Offering | 1,296.26 | 16,880.21 |
| 09/21/2021 | Expense | | No | AT&T Internet | | Utilities | -40.10 | 16,840.11 |
| 09/24/2021 | Expense | | No | Paychex | | Payroll Processing Fees | -150.08 | 16,690.03 |
| 09/24/2021 | Expense | | No | DeJuan Kelker | | Payroll Expenses | -1,169.78 | 15,520.25 |
| 09/24/2021 | Expense | | No | Paychex | | Withholdings | -448.44 | 15,071.81 |
| 09/28/2021 | Deposit | | No | A Touch of Heaven | | Offering | 71.87 | 15,143.68 |
| 09/28/2021 | Deposit | | No | | | Offering | 872.75 | 16,016.43 |
| 09/29/2021 | Expense | | No | Outgoing Wire Trans | | N/P HNB Corp Trust-Mortgage | -1,000.00 | 15,016.43 |
| 09/29/2021 | Deposit | | No | A Touch of Heaven | | Offering | 775.00 | 15,791.43 |
| 09/30/2021 | Expense | | No | Intuit | | Office Supplies & Software | -53.38 | 15,738.05 |
| **Total for 5/3 BUSINESS ELITE CHECKING (0061)** | | | | | | | **$1,198.36** | |
| **Building** | | | | | | | | |
| Beginning Balance | | | | | | | | 850,000.00 |
| **Total for Building** | | | | | | | | |
| **Building Improvements** | | | | | | | | |
| Beginning Balance | | | | | | | | 33,700.00 |
| **Total for Building Improvements** | | | | | | | | |
| **Equipment** | | | | | | | | |
| Beginning Balance | | | | | | | | 68,424.38 |
| **Total for Equipment** | | | | | | | | |
| **Furniture** | | | | | | | | |
| Beginning Balance | | | | | | | | 25,200.00 |
| **Total for Furniture** | | | | | | | | |
| Withholdings | | | | | | | | |

# A Touch of Heaven

## General Ledger
### September 2021

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/03/2021 | Journal Entry | JR-2021-43 | No | | | -Split- | 345.35 | 345.35 |
| 09/03/2021 | Expense | | No | Paychex | PAYCHEX TPS 35317 TAXES 93965900 PAYCHEX TPS 35317 TAXES 93965900026010X DEBTOR IN POSSESION TO 090321 | 5/3 BUSINESS ELITE CHECKING (0061) | -448.43 | -103.08 |
| 09/03/2021 | Journal Entry | JR-2021-43 | No | | | -Split- | 154.91 | 51.83 |
| 09/10/2021 | Journal Entry | JR-2021-44 | No | | | -Split- | 154.91 | 206.74 |
| 09/10/2021 | Journal Entry | JR-2021-44 | No | | | -Split- | 345.35 | 552.09 |
| 09/10/2021 | Expense | | No | Paychex | PAYCHEX TPS 35335 TAXES 94041200 PAYCHEX TPS 35335 TAXES 94041200022134X DEBTOR IN POSSESION TO 091021 | 5/3 BUSINESS ELITE CHECKING (0061) | -448.43 | 103.66 |
| 09/17/2021 | Expense | | No | Paychex | PAYCHEX TPS 35362 TAXES 94148200 PAYCHEX TPS 35362 TAXES 94148200006580X DEBTOR IN POSSESION TO 091721 | 5/3 BUSINESS ELITE CHECKING (0061) | -448.43 | -344.77 |
| 09/17/2021 | Journal Entry | JR-2021-45 | No | | | -Split- | 154.91 | -189.86 |
| 09/17/2021 | Journal Entry | JR-2021-45 | No | | | -Split- | 345.35 | 155.49 |
| 09/24/2021 | Journal Entry | JR-2021-46 | No | | | -Split- | 154.91 | 310.40 |
| 09/24/2021 | Journal Entry | JR-2021-46 | No | | | -Split- | 345.36 | 655.76 |
| 09/24/2021 | Expense | | No | Paychex | PAYCHEX TPS 35380 TAXES 94220400 PAYCHEX TPS 35380 TAXES 94220400024516X DEBTOR IN POSSESION TO 092421 | 5/3 BUSINESS ELITE CHECKING (0061) | -448.44 | 207.32 |
| **Total for Withholdings** | | | | | | | **$207.32** | |
| **N/P HNB Corp Trust- Mortgage** | | | | | | | | |
| Beginning Balance | | | | | | | | 1,232,297.86 |
| 09/01/2021 | Expense | | No | Outgoing Wire Trans | OUTGOING WIRE TRANS 090121 OUTGOING WIRE TRANS 090121 | 5/3 BUSINESS ELITE CHECKING (0061) | -1,000.00 | 1,231,297.86 |
| 09/07/2021 | Expense | | No | Outgoing Wire Trans | OUTGOING WIRE TRANS 090721 OUTGOING WIRE TRANS 090721 | 5/3 BUSINESS ELITE CHECKING (0061) | -1,000.00 | 1,230,297.86 |
| 09/13/2021 | Expense | | No | Outgoing Wire Trans | OUTGOING WIRE TRANS 091321 OUTGOING WIRE TRANS 091321 | 5/3 BUSINESS ELITE CHECKING (0061) | -1,000.00 | 1,229,297.86 |
| 09/20/2021 | Expense | | No | Outgoing Wire Trans | OUTGOING WIRE TRANS 092021 OUTGOING WIRE TRANS 092021 | 5/3 BUSINESS ELITE CHECKING (0061) | -1,000.00 | 1,228,297.86 |
| 09/29/2021 | Expense | | No | Outgoing Wire Trans | OUTGOING WIRE TRANS 092921 OUTGOING WIRE TRANS 092921 | 5/3 BUSINESS ELITE CHECKING (0061) | -1,000.00 | 1,227,297.86 |
| **Total for N/P HNB Corp Trust- Mortgage** | | | | | | | | |
| **Note Payable** | | | | | | | 5,000.00 | |
| Beginning Balance | | | | | | | | 25,000.00 |
| **Total for Note Payable** | | | | | | | | |
| **SBA Loan** | | | | | | | | |
| Beginning Balance | | | | | | | | 135,200.00 |
| **Total for SBA Loan** | | | | | | | | |
| **Retained Earnings** | | | | | | | | |
| Beginning Balance | | | | | | | | -376,118.80 |
| **Total for Retained Earnings** | | | | | | | | |
| **Offering** | | | | | | | | |
| Beginning Balance | | | | | | | | 144,351.03 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 806845 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 144,843.53 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 806900 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 145,336.03 |
| 09/01/2021 | Deposit | | No | | INTERBANK TRANSFER TO SV1:XXXXXX INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA | 5/3 BUSINESS ELITE CHECKING (0061) | 1,681.92 | 147,017.95 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807508 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 147,510.45 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | Received RTP ID 2021090102100002 Received RTP ID 20210901021000021P1BRJPM00020024623 from SQUARE | 5/3 BUSINESS ELITE CHECKING (0061) | 407.14 | 147,917.59 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807137 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 148,410.09 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807565 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 148,902.59 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807262 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 149,395.09 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807555 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 751.56 | 150,146.65 |
| 09/01/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807386 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 150,639.15 |
| 09/07/2021 | Deposit | | No | A Touch of Heaven | DEPOSIT POSTED DEPOSIT | 5/3 BUSINESS ELITE CHECKING (0061) | 725.00 | 151,364.15 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | Received RTP ID 2021091302100002 Received RTP ID 20210913021000021P1BRJPM00520016362 from SQUARE | 5/3 BUSINESS ELITE CHECKING (0061) | 459.72 | 151,823.87 |
| 09/13/2021 | Deposit | | No | | INTERBANK TRANSFER TO SV1:XXXXXX INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA | 5/3 BUSINESS ELITE CHECKING (0061) | 1,097.34 | 152,921.21 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802571 Cash App*Cash | 5/3 BUSINESS ELITE | 492.50 | 153,413.71 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802326 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 153,906.21 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801934 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 154,398.71 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | DEPOSIT POSTED DEPOSIT | 5/3 BUSINESS ELITE CHECKING (0061) | 300.00 | 154,698.71 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802067 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 155,191.21 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801869 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 155,683.71 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 802620 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 396.96 | 156,080.67 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801946 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 156,573.17 |
| 09/13/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 801684 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 492.50 | 157,065.67 |
| 09/21/2021 | Deposit | | No | A Touch of Heaven | Received RTP ID 2021092102100002 Received RTP ID 20210921021000021P1BRJPM00020017050 from SQUARE | 5/3 BUSINESS ELITE CHECKING (0061) | 18.87 | 157,084.54 |
| 09/21/2021 | Deposit | | No | | INTERBANK TRANSFER TO SV1:XXXXXX INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA | 5/3 BUSINESS ELITE CHECKING (0061) | 978.46 | 158,063.00 |
| 09/21/2021 | Deposit | | No | A Touch of Heaven | INTERBANK TRANSFER TO CK1:XXXXXX INTERBANK TRANSFER TO CK1:XXXXXX0061 - 809875 Cash App*Cash Out San Francisco CA | 5/3 BUSINESS ELITE CHECKING (0061) | 1,296.26 | 159,359.26 |
| 09/28/2021 | Deposit | | No | | INTERBANK TRANSFER TO SV1:XXXXXX INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA | 5/3 BUSINESS ELITE CHECKING (0061) | 872.75 | 160,232.01 |
| 09/28/2021 | Deposit | | No | A Touch of Heaven | Received RTP ID 2021092802100002 Received RTP ID 20210928021000021P1BRJPM00050014095 from SQUARE | 5/3 BUSINESS ELITE CHECKING (0061) | 71.87 | 160,303.88 |
| 09/29/2021 | Deposit | | No | A Touch of Heaven | DEPOSIT POSTED DEPOSIT | 5/3 BUSINESS ELITE CHECKING (0061) | 775.00 | 161,078.88 |
| **Total for Offering** | | | | | | | **$16,727.85** | |
| Bank Charges & Fees | | | | | | | | |
| Beginning Balance | | | | | | | | 826.60 |
| 09/01/2021 | Expense | | No | | OFFICIAL PAYMENT 800-487-4567 WE OFFICIAL PAYMENT 800-487-4567 WEB PMTS PM223H dejuan kelker 090121 | 5/3 BUSINESS ELITE CHECKING (0061) | 1.00 | 827.60 |
| 09/13/2021 | Expense | | No | A Touch of Heaven | SERVICE CHARGE SERVICE CHARGE | 5/3 BUSINESS ELITE CHECKING (0061) | 248.00 | 1,075.60 |
| **Total for Bank Charges & Fees** | | | | | | | **$249.00** | |
| Insurance Expense | | | | | | | | |
| Beginning Balance | | | | | | | | 8,027.67 |
| 09/20/2021 | Expense | | No | Erie Insurance Group | ERIE INS GROUP ERIEXPSPAY Q38045 ERIE INS GROUP ERIEXPSPAY Q380450840 TOUCH OF HEAVEN 092021 | 5/3 BUSINESS ELITE CHECKING (0061) | 969.00 | 8,996.67 |
| **Total for Insurance Expense** | | | | | | | **$969.00** | |
| Ministry Expenses | | | | | | | | |
| Beginning Balance | | | | | | | | 5,981.49 |
| **Total for Ministry Expenses** | | | | | | | | |
| Office Supplies & Software | | | | | | | | |
| Beginning Balance | | | | | | | | 1,647.61 |
| 09/13/2021 | Expense | | No | Adobe Inc | RECURRING PURCHASE AT Adobe Inc, RECURRING PURCHASE AT Adobe Inc, 8008336687, CA ON 091221 FROM CARD#: XXXXXXXXXXXX7978 | 5/3 BUSINESS ELITE CHECKING (0061) | 56.57 | 1,704.18 |
| 09/30/2021 | Expense | | No | Intuit | INTUIT 18004INT - 003 INTUIT 180 PYMT TO INTUIT 18004INT - 003 INTUIT 18004INTUIT MOUNTAIN VIEW CA | 5/3 BUSINESS ELITE CHECKING (0061) | 53.38 | 1,757.56 |
| **Total for Office Supplies & Software** | | | | | | | **$109.95** | |
| Ohio BWC | | | | | | | | |
| Beginning Balance | | | | | | | | 140.40 |
| **Total for Ohio BWC** | | | | | | | | |
| Payroll Expenses | | | | | | | | |
| Beginning Balance | | | | | | | | 509.51 |
| 09/03/2021 | Check | 5164 | No | DeJuan Kelker | CHECK POSTED CHECK | 5/3 BUSINESS ELITE CHECKING (0061) | 1,169.79 | 1,679.30 |
| 09/03/2021 | Journal Entry | JR-2021-43 | No | | | -Split- | -1,679.65 | -0.35 |
| 09/07/2021 | Check | 5165 | No | Stacey Kelker | CHECK POSTED CHECK | 5/3 BUSINESS ELITE CHECKING (0061) | 509.86 | 509.51 |
| 09/09/2021 | Check | 5166 | No | DeJuan Kelker | CHECK POSTED CHECK | 5/3 BUSINESS ELITE CHECKING (0061) | 1,169.79 | 1,679.30 |
| 09/10/2021 | Journal Entry | JR-2021-44 | No | | | -Split- | -1,679.65 | -0.35 |
| 09/17/2021 | Journal Entry | JR-2021-45 | No | | | -Split- | -1,679.65 | -1,680.00 |
| 09/20/2021 | Check | 5168 | No | | CHECK POSTED CHECK | 5/3 BUSINESS ELITE CHECKING (0061) | 1,169.79 | -510.21 |
| 09/20/2021 | Check | 5167 | No | Stacey Kelker | CHECK POSTED CHECK | 5/3 BUSINESS ELITE CHECKING (0061) | 509.86 | -0.35 |
| 09/20/2021 | Check | 5169 | No | Stacey Kelker | CHECK POSTED CHECK | 5/3 BUSINESS ELITE CHECKING (0061) | 509.86 | 509.51 |
| 09/24/2021 | Expense | | No | DeJuan Kelker | PAYCHEX INC. PAYROLL 94242600030 PAYCHEX INC. PAYROLL 94242600030880X DEBTOR IN POSSESION TO 092421 | 5/3 BUSINESS ELITE CHECKING (0061) | 1,169.78 | 1,679.29 |
| 09/24/2021 | Journal Entry | JR-2021-46 | No | | | -Split- | -1,679.64 | -0.35 |

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/30/2021 | Journal Entry | JR-2021-49 | No | | | -Split- | 0.35 | 0.00 |
| **Total for Payroll Expenses** | | | | | | | **$-509.51** | |
| **Payroll Processing Fees** | | | | | | | | |
| Beginning Balance | | | | | | | | 5,523.68 |
| 09/03/2021 | Expense | | No | Paychex | PAYCHEX EIB INVOICE X93974600044 PAYCHEX EIB INVOICE X93974600044466 DEBTOR IN POSSESION TO 090321 | 5/3 BUSINESS ELITE CHECKING (0061) | 175.08 | 5,698.76 |
| 09/10/2021 | Expense | | No | Paychex | PAYCHEX EIB INVOICE X94052900002 PAYCHEX EIB INVOICE X94052900002203 DEBTOR IN POSSESION TO 091021 | 5/3 BUSINESS ELITE CHECKING (0061) | 150.08 | 5,848.84 |
| 09/20/2021 | Expense | | No | Paychex | PAYCHEX EIB INVOICE X94163100021 PAYCHEX EIB INVOICE X94163100021237 DEBTOR IN POSSESION TO 092021 | 5/3 BUSINESS ELITE CHECKING (0061) | 150.08 | 5,998.92 |
| 09/24/2021 | Expense | | No | Paychex | PAYCHEX EIB INVOICE X94233300028 PAYCHEX EIB INVOICE X94233300028880 DEBTOR IN POSSESION TO 092421 | 5/3 BUSINESS ELITE CHECKING (0061) | 150.08 | 6,149.00 |
| **Total for Payroll Processing Fees** | | | | | | | **$625.32** | |
| **Payroll Taxes** | | | | | | | | |
| Beginning Balance | | | | | | | | 5,836.97 |
| 09/03/2021 | Journal Entry | JR-2021-43 | No | | | -Split- | 154.91 | 5,991.88 |
| 09/10/2021 | Journal Entry | JR-2021-44 | No | | | -Split- | 154.91 | 6,146.79 |
| 09/17/2021 | Journal Entry | JR-2021-45 | No | | | -Split- | 154.91 | 6,301.70 |
| 09/24/2021 | Journal Entry | JR-2021-46 | No | | | -Split- | 154.91 | 6,456.61 |
| 09/30/2021 | Journal Entry | JR-2021-49 | No | | | -Split- | -0.35 | 6,456.26 |
| **Total for Payroll Taxes** | | | | | | | **$619.29** | |
| **Repairs & Maintenance** | | | | | | | | |
| Beginning Balance | | | | | | | | 3,527.53 |
| **Total for Repairs & Maintenance** | | | | | | | | |
| **Mold Removal** | | | | | | | | |
| Beginning Balance | | | | | | | | 18,000.00 |
| **Total for Mold Removal** | | | | | | | | |
| **Total for Repairs & Maintenance with sub-accounts** | | | | | | | | |
| **Taxes & Licenses** | | | | | | | | |
| Beginning Balance | | | | | | | | 15,654.74 |
| 09/01/2021 | Expense | | No | Summit County Fiscal Office | SUMMITCOPTXOH 330-643-2583 WEB P SUMMITCOPTXOH 330-643-2583 WEB PMTS MFY13H dejuan kelker 090121 | 5/3 BUSINESS ELITE CHECKING (0061) | 267.00 | 15,921.74 |
| **Total for Taxes & Licenses** | | | | | | | **$267.00** | |
| **Utilities** | | | | | | | | |
| Beginning Balance | | | | | | | | 33,718.72 |
| 09/21/2021 | Expense | | No | AT&T Internet | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 039678001EVR1J 092121 | 5/3 BUSINESS ELITE CHECKING (0061) | 78.77 | 33,797.49 |
| 09/21/2021 | Expense | | No | AT&T Internet | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 040353001EVR1J 092121 | 5/3 BUSINESS ELITE CHECKING (0061) | 88.77 | 33,886.26 |
| 09/21/2021 | Expense | | No | AT&T Internet | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 040206001EVR1J 092121 | 5/3 BUSINESS ELITE CHECKING (0061) | 50.12 | 33,936.38 |
| 09/21/2021 | Expense | | No | AT&T Internet | TELEPHONE INITIATED PAYMENT AT A TELEPHONE INITIATED PAYMENT AT ATT Payment 039718001EVR1J 092121 | 5/3 BUSINESS ELITE CHECKING (0061) | 40.10 | 33,976.48 |
| **Total for Utilities** | | | | | | | **$257.76** | |
| **Wages** | | | | | | | | |
| Beginning Balance | | | | | | | | 68,850.00 |
| 09/03/2021 | Journal Entry | JR-2021-43 | No | | | -Split- | 2,025.00 | 70,875.00 |
| 09/10/2021 | Journal Entry | JR-2021-44 | No | | | -Split- | 2,025.00 | 72,900.00 |
| 09/17/2021 | Journal Entry | JR-2021-45 | No | | | -Split- | 2,025.00 | 74,925.00 |
| 09/24/2021 | Journal Entry | JR-2021-46 | No | | | -Split- | 2,025.00 | 76,950.00 |
| **Total for Wages** | | | | | | | **$8,100.00** | |
| **Website (Recurring)** | | | | | | | | |
| Beginning Balance | | | | | | | | 621.10 |
| 09/01/2021 | Expense | | No | Boxcast Sunday | RECURRING PURCHASE AT BOXCAST/SU RECURRING PURCHASE AT BOXCAST/SUNDAY STR, CLEVELAND, OH ON 090121 FROM CARD#: XXXXXXXXXXXX7978 | 5/3 BUSINESS ELITE CHECKING (0061) | 49.00 | 670.10 |
| **Total for Website (Recurring)** | | | | | | | **$49.00** | |