Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 19–53062–amk**

**In re:**
    Touch of Heaven Ministries, Inc.
    131 S High Street
    Akron, OH 44308–1410

**Social Security No.:**

**Employer's Tax I.D. No.:**
    02–0597505

## NOTICE OF CONFIRMATION OF PLAN

**To the Creditors and Parties in Interest:**

On February 28, 2022 , this Court entered an Order confirming the Debtor's Plan of Reorganization. Be advised that the confirmed plan and order confirming plan are on file with:

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Dated:** February 28, 2022                                                                                     For the Court
Form ohnb242                                                                                          Josiah C. Sell, Clerk