Fill in this information to identify the case:

Debtor Name: **A TOUCH OF HEAVEN MINISTRIES INC.**

United States Bankruptcy Court for the: Northern District of Ohio

Case number: **19-53062**

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: **March 2022**      Date report filed: **05/23/2022**
                                                MM / DD / YYYY

Line of business: **Non-Profit Church**      NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Godess Clemons**
Original signature of responsible party: *[signature]*
Printed name of responsible party: **Godess Clemons**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 6,699.49

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 25,983.95

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 22,005.39

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 3,978.56

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 10,678.05

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    (Exhibit E)

    $ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ __0.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  __2__
27. What is the number of employees as of the date of this monthly report?  __2__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ __7,168.75__
30. How much have you paid this month in other professional fees?  $ __0.00__
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 15,000.00 | − | $ 25,983.95 | = | $ 10,983.95 |
| 33. **Cash disbursements** | $ 10,000.00 | − | $ 22,005.39 | = | $ 12,005.39 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ 3,978.56 | = | $ 1,021.44 |

35. Total projected cash receipts for the next month:  $ 15,000.00
36. Total projected cash disbursements for the next month:  - $ 10,000.00
37. Total projected net cash flow for the next month:  = $ 5,000.00

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# A Touch of Heaven

# Profit and Loss

# March 2022

|  | Total |
|---|---|
| **Income** | |
|     Offering | $25,983.95 |
| Total Income | $25,983.95 |
| **GROSS PROFIT** | $25,983.95 |
| **Expenses** | |
| Bank Charges & Fees | $294.00 |
| Quarterly Fees | $0 |
| Mortgage | $4000.00 |
| Insurance Expenses | $1975.25 |
| Office Supplies & Software | $813.73 |
| Payroll Expenses | $662.49 |
| Payroll Taxes | $1846.60 |
| Property Taxes | $2261.00 |
| Repairs & Maintenance | $286.42 |
| Utilities | $4242.64 |
| Wages | $5555.09 |
| Website (Recurring) | $68.17 |
| Total Expenses | $22005.39 |
| **NET OPERATING INCOME** | $-3,978.56 |
| **NET INCOME** | $-3,978.56 |

| Date | Num | Payee/Transaction Description | Category | R | Withdrawal/Payment (-) | Deposit/Credit (+) | Balance |
|---|---|---|---|---|---|---|---|
| 3/1/2022 | | BEGINNING BALANCE | | | | | $6,699.49 |
| 3/1/2022 | | BOXCAST | | | $105.43 | | $6,594.06 |
| 3/1/2022 | | DOMINION GAS | | | $1,173.14 | | $5,420.92 |
| 3/1/2022 | | QUICK BOOKS | | | $53.38 | | $5,367.54 |
| 3/4/2022 | | PAYCHEX TPS TAXES | | | $122.38 | | $5,245.16 |
| 3/4/2022 | | PAYCHEX INC. PAYROLL | | | $509.86 | | $4,735.30 |
| 3/4/2022 | | FIRST ENERGY | | | $13.58 | | $4,721.72 |
| 3/4/2022 | | FIRST ENERGY | | | $452.79 | | $4,268.93 |
| 3/7/2022 | | PAYCHEX EIB INVOICE | | | $234.22 | | $4,034.71 |
| 3/7/2022 | | DEPOSIT | | | | $263.50 | $4,298.21 |
| 3/8/2022 | | PAYCHEX TPS TAXES | | | $315.62 | | $5,015.83 |
| 3/8/2022 | | DEPOSIT | | | | $1,033.24 | $5,331.45 |
| 3/8/2022 | | HERRING BANK WIRE | | | $1,000.00 | | $4,015.83 |
| 3/8/2022 | | PAYCHEX EIB INVOICE | | | | $491.25 | $4,507.08 |
| 3/8/2022 | | HERRING BANK WIRE | | | | $491.25 | $4,998.33 |
| 3/8/2022 | | DEPOSIT | | | | $491.25 | $5,489.58 |
| 3/8/2022 | | DEPOSIT | | | | $491.25 | $5,980.83 |
| 3/8/2022 | | DEPOSIT | | | | $491.25 | $6,472.08 |
| 3/8/2022 | | DEPOSIT | | | | $570.00 | $7,042.08 |
| 3/8/2022 | | DEPOSIT | | | | $1,951.24 | $8,993.32 |
| 3/9/2022 | | OFFICIAL PYMT | | | $0.70 | | $8,992.62 |
| 3/9/2022 | | OFFICIAL PYMT | | | $1.00 | | $8,991.62 |
| 3/9/2022 | | AT&T | | | $78.00 | | $8,913.62 |
| 3/9/2022 | | AT&T | | | $78.00 | | $8,835.62 |
| 3/9/2022 | | AT&T | | | $164.76 | | $8,670.86 |
| 3/9/2022 | | WATER BILL | | | $170.54 | | $8,500.32 |
| 3/9/2022 | | PROPERTY TAXES | | | $267.00 | | $8,233.32 |
| 3/9/2022 | | DEPOSIT | | | | $1,646.54 | $9,879.86 |
| 3/9/2022 | | DEPOSIT | | | | $10,000.00 | $19,879.86 |
| 3/10/2022 | | SERVICE CHARGE | | | $294.00 | | $19,585.86 |
| 3/11/2022 | | AT&T | | | $77.38 | | $19,508.48 |
| 3/11/2022 | | PAYCHEX INC. PAYROLL | | | $1,681.75 | | $17,826.73 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 3/14/2022 | ADOBE | | $56.57 | | $17,770.16 |
| 3/14/2022 | PAYCHEX TPS TAXES | | $465.47 | | $17,304.69 |
| 3/14/2022 | | | | | $16,304.69 |
| 3/15/2022 | FIRST ENERGY | | $1,000.00 | | $16,058.53 |
| 3/15/2022 | DEPOSIT | | $246.16 | | $16,437.18 |
| 3/15/2022 | DEPOSIT | | | $378.65 | $17,368.59 |
| 3/16/2022 | DEPOSIT | | | $931.41 | $18,477.55 |
| 3/16/2022 | SUPPLIES | | $650.00 | | $17,827.55 |
| 3/16/2022 | HERRING BANK WIRE | | $1,000.00 | | $16,827.55 |
| 3/16/2022 | DEPOSIT | | | $265.00 | $17,092.55 |
| 3/18/2022 | PAYCHEX TPS TAXES | | $465.48 | | $16,627.07 |
| 3/18/2022 | PAYCHEX INC. PAYROLL | | $1,681.74 | | $14,945.33 |
| 3/21/2022 | PAYCHEX EIB INVOICE | | $214.13 | | $14,731.20 |
| 3/21/2022 | ERIE INS | | $1,975.25 | | $12,755.95 |
| 3/23/2022 | HERRING BANK WIRE | | $1,000.00 | | $11,755.95 |
| 3/23/2022 | DEPOSIT | | | $400.62 | $12,156.57 |
| 3/23/2022 | DEPOSIT | | | $1,359.53 | $13,516.10 |
| 3/24/2022 | DEPOSIT | | $0.70 | | $13,515.40 |
| 3/24/2022 | WATER BILL | | $113.45 | | $13,401.95 |
| 3/24/2022 | WASTE MANAGEMENT | | $432.00 | | $12,969.95 |
| 3/24/2022 | WASTE MANAGEMENT | | $489.00 | | $12,480.95 |
| 3/25/2022 | OFFICIAL PAYMENTS | | $1.00 | | $12,479.95 |
| 3/25/2022 | PAYCHEX TPS TAXES | | $477.65 | | $12,002.30 |
| 3/25/2022 | PAYCHEX INC. PAYROLL | | $1,681.74 | | $10,320.56 |
| 3/25/2022 | PROPERTY TAXES | | $1,994.00 | | $8,326.56 |
| 3/25/2022 | DEPOSIT | | | $305.00 | $8,631.56 |
| 3/28/2022 | PAYCHEX EIB INVOICE | | $214.14 | | $8,417.42 |
| 3/28/2022 | HERRING BANK WIRE | | $1,000.00 | | $7,417.42 |
| 3/28/2022 | DEPOSIT | | | $148.54 | $7,565.96 |
| 3/28/2022 | DEPOSIT | | | $555.00 | $8,120.96 |
| 3/28/2022 | DEPOSIT | | | $1,428.52 | $9,549.48 |
| 3/29/2022 | DEPOSIT | | | $1,181.95 | $10,731.43 |
| 3/30/2022 | QUICK BOOKS | | $53.38 | | $10,678.05 |
| | | | $22,005.39 | $25,983.95 | $10,678.05 |


FIFTH THIRD BANK
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

TOUCH OF HEAVEN MINISTRIES
131 S HIGH ST
AKRON OH 44308-1410



0

17955

Statement Period Date: 3/1/2022 - 3/31/2022
Account Type: 5/3 BUS ELITE CKG
Account Number: 7525310061

Banking Center: Arlington
Banking Center Phone: 330-644-2976
Business Banking Support: 877-534-2264

## Account Summary - 7525310061

| Date | | Description | Amount | | |
|---|---|---|---|---|---|
| 03/01 | | Beginning Balance | $6,699.49 | Number of Days in Period | 31 |
| | | Checks | | | |
| | 42 | Withdrawals / Debits | $(22,005.39) | | |
| | 22 | Deposits / Credits | $25,983.95 | | |
| 03/31 | | Ending Balance | $10,678.05 | | |

**Analysis Period: 02/01/22 - 02/28/22**

| | |
|---|---:|
| Standard Monthly Service Charge | $35.00 |
| **Standard Monthly Service Charge Waived** (see below) | $0.00 |
| INFO REPORTING | $30.00 |
| WIRE [7] | $225.00 |
| **Service Charge withdrawn on 03/10/22** | $294.00 |

[7] Charges for incoming and outgoing wires, as well as other wire activity.

| Standard Monthly Service Charge waived if: | Current Relationship Overview: | |
|---|---|---:|
| Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts. | Balance Criteria Met? | No |
| | Total Combined Monthly Average Balance | $9,114.27 |
| **OR** your business has a business loan or line of credit. | Business Loan or Line of Credit? | No |
| **OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials. | Other Criteria Met? | No |
| | $500 Business Credit Card Spend? | No |
| | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Withdrawals / Debits

42 items totaling $22,005.39

| Date | Amount | Description |
|---|---:|---|
| 03/01 | 105.43 | RECURRING PURCHASE AT BOXCAST STREAMING, CLEVELAND, OH ON 030122 FROM CARD#: XXXXXXXXXXXX7978 |
| 03/01 | 1,173.14 | WEB INITIATED PAYMENT AT DOMINION ENERGY BILLPAY DOMINION ENERGY 030122 |
| 03/01 | 53.38 | PYMT TO INTUIT 18004INT - 003 INTUIT 18004INTUIT MOUNTAIN VIEW CA |
| 03/04 | 122.38 | PAYCHEX TPS 35874 TAXES 96325600003153X DEBTOR IN POSSESION TO 030422 |
| 03/04 | 509.86 | PAYCHEX INC. PAYROLL xWcYxDEaN4dMKjE DEBTOR IN POSSESION TO 030422 |
| 03/04 | 13.58 | PYMT TO FIRSTENERGY CONV - 001 FIRSTENERGY CONVF PISCATAWAY NJ |
| 03/04 | 452.79 | PYMT TO FIRSTENERGY EZPA - 001 FIRSTENERGY EZPAY IVR AKRON OH |
| 03/07 | 234.22 | PAYCHEX EIB INVOICE X96329900006919 DEBTOR IN POSSESION TO 030722 |
| 03/08 | 315.62 | WEB INITIATED PAYMENT AT DOMINION ENERGY BILLPAY DOMINION ENERGY 030822 |
| 03/08 | 1,000.00 | OUTGOING WIRE TRANS 030822 |
| 03/09 | 0.70 | OFFICIAL PAYMENT 800-487-4567 WEB PMTS 5RXL9J DeJuan Kelker 030922 |
| 03/09 | 1.00 | OFFICIAL PAYMENT 800-487-4567 WEB PMTS P2YL9J DeJuan Kelker 030922 |
| 03/09 | 78.00 | TELEPHONE INITIATED PAYMENT AT ATT Payment 185298003EVR1V 030922 |



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 03/09 | 78.00 | TELEPHONE INITIATED PAYMENT AT ATT Payment 191481003EVR1V 030922 |
| 03/09 | 164.76 | TELEPHONE INITIATED PAYMENT AT ATT Payment 495050004EVR1V 030922 |
| 03/09 | 170.54 | AKRONUTILITIESOH 330-375-2690 WEB PMTS DFZL9J DeJuan Kelker 030922 |
| 03/09 | 267.00 | SUMMITCOPTXOH 330-643-2583 WEB PMTS 53SL9J DeJuan Kelker 030922 |
| 03/10 | 294.00 | SERVICE CHARGE |
| 03/11 | 77.38 | TELEPHONE INITIATED PAYMENT AT ATT Payment 389120002EVR1Y 031122 |
| 03/11 | 1,681.75 | PAYCHEX INC. PAYROLL 96423000000136X DEBTOR IN POSSESSION TO 031122 |
| 03/14 | 56.57 | RECURRING PURCHASE AT Adobe Inc, 8008336687, CA ON 031222 FROM CARD#: XXXXXXXXXXXX7978 |
| 03/14 | 465.47 | PAYCHEX TPS 35899 TAXES 96423900000272X DEBTOR IN POSSESION TO 031422 |
| 03/14 | 1,000.00 | FIRSTENERGY OPCO WEST READYPAY WEB FE ECHECK 110142193702 TOUCH OF HEAVEN 031422 |
| 03/15 | 246.16 | PAYCHEX EIB INVOICE X96440400014146 DEBTOR IN POSSESION TO 031522 |
| 03/16 | 650.00 | DEBIT CARD PURCHASE AT CASH APP*MR B4, 4153753176, CA ON 031522 FROM CARD#: XXXXXXXXXXXX7978 |
| 03/16 | 1,000.00 | OUTGOING WIRE TRANS 031622 |
| 03/18 | 465.48 | PAYCHEX TPS 35917 TAXES 96506200006855X DEBTOR IN POSSESION TO 031822 |
| 03/18 | 1,681.74 | PAYCHEX INC. PAYROLL gWSbbOvPGxWHTi1 DEBTOR IN POSSESION TO 031822 |
| 03/21 | 214.13 | PAYCHEX EIB INVOICE X96511900014322 DEBTOR IN POSSESION TO 032122 |
| 03/21 | 1,975.25 | ERIE INS GROUP ERIEXPSPAY Q380450840 TOUCH OF HEAVEN 032122 |
| 03/23 | 1,000.00 | OUTGOING WIRE TRANS 032322 |
| 03/24 | 0.70 | OFFICIAL PAYMENT 800-487-4567 WEB PMTS R29VCJ DeJuan Kelker 032422 |
| 03/24 | 113.45 | AKRONUTILITIESOH 330-375-2690 WEB PMTS 7PBVCJ DeJuan Kelker 032422 |
| 03/24 | 432.00 | WEB INITIATED PAYMENT AT WASTE MANAGEMENT INTERNET 043000098029702 032422 |
| 03/24 | 489.00 | WEB INITIATED PAYMENT AT WASTE MANAGEMENT INTERNET 043000098030322 032422 |
| 03/25 | 1.00 | OFFICIAL PAYMENT 800-487-4567 WEB PMTS 4V7ZCJ DeJuan Kelker 032522 |
| 03/25 | 477.65 | PAYCHEX TPS 35937 TAXES 96592800006138X DEBTOR IN POSSESION TO 032522 |
| 03/25 | 1,681.75 | PAYCHEX INC. PAYROLL eTQRut0X1pOnzuh DEBTOR IN POSSESION TO 032522 |
| 03/25 | 1,994.00 | SUMMITCOPTXOH 330-643-2583 WEB PMTS 8S4ZCJ DeJuan Kelker 032522 |
| 03/28 | 214.13 | PAYCHEX EIB INVOICE X96598200021736 DEBTOR IN POSSESION TO 032822 |
| 03/28 | 1,000.00 | OUTGOING WIRE TRANS 032822 |
| 03/30 | 53.38 | PYMT TO INTUIT 18004INT - 003 INTUIT 18004INTUIT MOUNTAIN VIEW CA |

## Deposits / Credits

**22 items totaling $25,983.95**

| Date | Amount | Description |
|---|---|---|
| 03/07 | 263.50 | Received RTP ID 20220307021000021P1BRJPM00050037674 from SQUARE |
| 03/07 | 1,033.24 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 03/08 | 491.25 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807235 Cash App*Cash Out San Francisco CA |
| 03/08 | 491.25 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807446 Cash App*Cash Out San Francisco CA |
| 03/08 | 491.25 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807557 Cash App*Cash Out San Francisco CA |
| 03/08 | 491.25 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807735 Cash App*Cash Out San Francisco CA |
| 03/08 | 491.25 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 807892 Cash App*Cash Out San Francisco CA |
| 03/08 | 570.00 | DEPOSIT |
| 03/08 | 1,951.24 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 808250 Cash App*Cash Out San Francisco CA |
| 03/09 | 1,646.54 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 03/09 | 10,000.00 | DEPOSIT |
| 03/15 | 378.65 | Received RTP ID 20220315021000021P1BRJPM00560025325 from SQUARE |
| 03/15 | 931.41 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 803995 Cash App*Cash Out San Francisco CA |
| 03/15 | 1,108.96 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 03/16 | 265.00 | DEPOSIT |
| 03/23 | 400.62 | Received RTP ID 20220323021000021P1BRJPM00000012071 from SQUARE |
| 03/23 | 1,359.53 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 03/25 | 305.00 | DEPOSIT |
| 03/28 | 148.54 | Received RTP ID 20220327021000021P1BRJPM00020058230 from SQUARE |
| 03/28 | 555.00 | DEPOSIT |
| 03/28 | 1,428.52 | INTERBANK TRANSFER TO SV1:XXXXXX0061 - PAYPAL PAYPAL*CHURCH BURNING San Jose CA |
| 03/29 | 1,181.95 | INTERBANK TRANSFER TO CK1:XXXXXX0061 - 808244 Cash App*Cash Out San Francisco CA |



**FIFTH THIRD BANK**
(NORTHEASTERN OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

TOUCH OF HEAVEN MINISTRIES
131 S HIGH ST
AKRON OH 44308-1410

0

17955

Statement Period Date: 3/1/2022 - 3/31/2022
Account Type: 5/3 BUS ELITE CKG
Account Number: 7525310061

Banking Center: Arlington
Banking Center Phone: 330-644-2976
Business Banking Support: 877-534-2264

/

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01 | 5,367.54 | 03/11 | 17,826.73 | 03/23 | 13,516.10 |
| 03/04 | 4,268.93 | 03/14 | 16,304.69 | 03/24 | 12,480.95 |
| 03/07 | 5,331.45 | 03/15 | 18,477.55 | 03/25 | 8,631.55 |
| 03/08 | 8,993.32 | 03/16 | 17,092.55 | 03/28 | 9,549.48 |
| 03/09 | 19,879.86 | 03/18 | 14,945.33 | 03/29 | 10,731.43 |
| 03/10 | 19,585.86 | 03/21 | 12,755.95 | 03/30 | 10,678.05 |

| SIMPLIFY YOUR BUSINESS WITH THE NEW THE FIFTH THIRD SIMPLY BUSINESS(TM) CREDIT CARD. CONTACT YOUR BANKER OR VISIT YOUR LOCAL BRANCH FOR MORE DETAILS. LEARN MORE: 53.COM/BUSINESSCREDITCARD |
|---|



This page intentionally left blank.