IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Touch of Heaven Ministries, Inc. <br>                             Debtor. | Chapter 11 <br><br> Case No. 19-53062 (AMK) <br><br> Judge Alan M. Koschik |

**MOTION OF THE UNITED STATES TRUSTEE TO COMPEL THE FILING OF POST CONFIRMATION QUARTERLY REPORTS AND PAYMENT OF QUARTERLY FEES OR, IN THE ALTERNATIVE TO DISMISS CASE**

Now comes Andrew R. Vara, the United States Trustee for Regions 3 & 9 (the "United States Trustee"), by and through his undersigned counsel and moves this Court for an Order compelling Touch of Heaven Ministries, Inc. to file outstanding post confirmation quarterly reports and pay delinquent quarterly fees or, in the alternative, to dismiss its case pursuant to 11 U.S.C. § 1112(b). In support, the United States Trustee states the following:

**STANDING**

1. Under (i) 28 U.S.C. § 1334, (ii) applicable orders of the United States District Court for the Northern District of Ohio issued pursuant to 28 U.S.C. § 157(a), and (iii) 28 U.S.C. § 157(b)(2), this Court has jurisdiction to hear and determine this Motion.

2. Under 28 U.S.C. § 586, the United States Trustee is generally charged with monitoring the federal bankruptcy system. See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.), 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that United States Trustee has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.), 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog").

3. Under section 307 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee has standing to be heard on the issues raised in this objection.

## FACTUAL BACKGROUND

4. Touch of Heaven Ministries, Inc. (the "Debtor") filed a voluntary chapter 11 petition on December 31, 2019. *Docket No. 1.* On February 28, 2022, the Court entered an Order confirming the Debtor's amended plan of reorganization. *Docket No. 219.*

5. The confirmation order provides that quarterly reports will be filed and statutory fees due the United States Trustee pursuant to 28 U.S.C. Section 1920(a)(6) shall be paid until the case is closed, converted to a chapter 7 proceeding or dismissed. *Docket No. 220, p. 4.*

6. As of the filing of this Motion, the Debtor has failed to file any post confirmation report for the second, third, and fourth quarters of 2022. In addition, United States Trustee quarterly fees of $762 are due and owing. These are estimated fees for the second, third, and fourth quarters of 2022.

## LEGAL AUTHORITY

7. Section 1112(b) of the Bankruptcy Code provides for the conversion or dismissal of a chapter 11 case for "cause." Once cause is established, a conversion or dismissal is mandated unless unusual circumstances establish conversion or dismissal is not in the best interest of creditors. 11 U.S.C. Section 1112(b)(1). The code does not define cause but states that cause includes:

> (F) unexcused failure to satisfy timely any filing or reporting requirements established by this title or by any rule applicable to a case under this chapter;
>
> (M) inability to effectuate substantial consummation of a confirmed plan;
>
> (N) material default by the debtor with respect to a confirmed plan;

(O) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; …

11 U.S.C. § 1112(b)(4).

8. As a result of the Debtor's failure to file reports, the United States Trustee cannot ascertain if the Debtor is in compliance with the terms of its chapter 11 plan. Moreover, since Debtor is not current with payment of United States Trustee fees, it is in default of the plan which states all such fees will be timely paid. As a result of the foregoing, this case should be dismissed.

**WHEREFORE**, the United States Trustee respectfully requests this Court to enter an order compelling the Debtor to file outstanding reports, pay all outstanding fees or, in the alternative to dismiss this case, or for such other relief which this Court deems appropriate.

Dated: February 8, 2023

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGION 3 & 9**

By:   /s/ Kate M. Bradley  .
      Kate M. Bradley (0074206)
      Trial Attorney
      United States Department of Justice
      Office of the United States Trustee
      Howard M. Metzenbaum U.S. Courthouse
      201 Superior Avenue E, Suite 441
      Cleveland, Ohio 44114
      Phone: (216) 522-7807
      Fax: (216) 522-7193
      Email: kate.m.bradley@usdoj.gov

**Certificate of Service**

      I hereby certify that on February 8, 2023, a true and correct copy of the *Motion of the United States Trustee to Compel the Filing of Post Confirmation Quarterly Reports and Payment of Quarterly Fees or, in the Alternative, to Dismiss Case* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
- Charles Tyler, Sr., Esq., Charles.tyler@tylerlawoffice.com
- James F. Hausen jimh436@gmail.com
- Joshua Vaugh, Houlihan@amer-law.com
- C. Jared Knight, jknight@bmwb-law.com

      By:    /s/ Kate M. Bradley
                Kate M. Bradley (0074206)
                Trial Attorney
                United States Department of Justice
                Office of the United States Trustee
                Howard M. Metzenbaum U.S. Courthouse
                201 Superior Avenue E, Suite 441
                Cleveland, Ohio 44114
                Phone: (216) 522-7807
                Fax:   (216) 522-7193
                Email:  kate.m.bradley@usdoj.gov

## Certificate of Service

       I hereby certify that on July 28, 2021, a true and correct copy of the *Objection of United States Trustee to Debtor's Disclosure Statement in Support of Plan Dated July 5, 2021* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
- Charles Tyler, Sr., Esq., Charles.tyler@tylerlawoffice.com
- James F. Hausen jimh436@gmail.com
- Joshua Vaugh, Houlihan@amer-law.com
- C. Jared Knight, jknight@bmwb-law.com

       By:    */s/ Kate M. Bradley*    .
            Kate M. Bradley (0074206)
            Trial Attorney
            United States Department of Justice
            Office of the United States Trustee
            Howard M. Metzenbaum U.S. Courthouse
            201 Superior Avenue E, Suite 441
            Cleveland, Ohio 44114
            Phone: (216) 522-7800 ext. 255
            Fax:   (216) 522-7193
            Email:  kate.m.bradley@usdoj.gov